**Order entered April 15, 2020**



**In The**

## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-19-00886-CR**

**LATAURUS KENSHEY MURPHY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6
Dallas County, Texas
Trial Court Cause No. F19-00400-X**

## ORDER

Before the Court is the State's April 14, 2020 motion to extend time to file its brief. We **GRANT** the motion and **ORDER** the brief received with the motion filed as of the date of this order.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE